No. 315.   ANHEUSER-BUSCH, INC., Respondent, v. WAKE-
FIELD, Appellant.

(Also reported in 223 N. W. 2d 686.)

Guaranty. Scope of obligation. Alleged unilateral mis-
take. Reformation not justified. Creditor's acceptance.
Trial court's finding. Sufficiency. Extent of guarantor's
liability.

The cause was submitted for the appellant on the briefs
of *Russell R. Stepke* of Milwaukee, and for the respon-
dent on the brief of *John V. Kitzke* and *Polacheck &
Harris,* all of Milwaukee.